IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD LYNN DOPP, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 02-CV-616-JHP-PJC |
| ) | |
| RON WARD, Director, Oklahoma ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This is a 28 U.S.C. § 2254 habeas corpus action commenced by Petitioner, a state inmate represented by attorney William D. Lunn. Before the Court is Petitioner's motion to supplement appendix to reply brief (Dkt. # 40). Respondent has not filed a response or objection. In his request, Petitioner indicates that the additional documents should be made a part of the record for consideration by this Court in ruling on Petitioner's habeas corpus proceeding. For good cause shown, the Court finds that Petitioner's request should be granted. The documents referenced in his application shall be filed within five (5) days of the entry of this Order.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Petitioner's motion to supplement the appendix to reply brief (Dkt. # 40) is **granted**. Petitioner shall file the documents referenced in the application within five (5) days of the entry of this Order.

SO ORDERED this 16th day of September 2005.

James H. Payne
United States District Judge
Northern District of Oklahoma